AUSTIN B. FLETCHER et al., as Trustees under the Will of JACKSON S. SCHULTZ, Deceased, Plaintiffs, *v.* 416 WEST 33RD STREET REALTY COMPANY et al., Defendants, MARQUISE HOLDING COMPANY, Appellant and Respondent, and H. G. VOGEL COMPANY, Respondent.

EDWARD D. NEWMAN, as Receiver of 416 WEST 33RD STREET REALTY COMPANY, Appellant and Respondent.

*Fletcher* v. *416 West 33rd Street Realty Co.*, 158 App. Div. 920, affirmed.

(Argued January 6, 1914; decided January 20, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 17, 1913, which affirmed an order of Special Term confirming the report of a referee in surplus money proceedings.

*Frederick Hulse* for Marquise Holding Company, appellant and respondent.

*Bernard H. Arnold* for Edward D. Newman, as receiver, appellant and respondent.

*David Bernstein* for respondent.

Order affirmed, with costs to the respondent H. G. Vogel Company as against both appellants; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, CUDDEBACK and MILLER, JJ.